UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANET MARIE LOGAN, | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | 1:25-CV-2107-ADA-DH |
| | § | |
| TEXAS EDUCATION AGENCY, | § | |
|     *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 7. The report and recommendation addressed the merits of Plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2)(B). The report recommended that Plaintiff's Title VII sex-discrimination, EPA, and ADEA claims be **DISMISSED WITH PREJUDICE** but that the remainder of her claims proceed. Judge Howell issued the report and recommendation on February 11, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 7) is **ADOPTED**. Plaintiff's Title VII sex-discrimination, EPA, and ADEA claims—Count I, Count II, and Count III, respectively—are **DISMISSED WITH PREJUDICE.**

**SIGNED** on March 20, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE