# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JANET MARIE LOGAN,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | No.  1:25-CV-2107-ADA-DH |
| | § | |
| **TEXAS EDUCATION AGENCY,** | § | |
| *Defendant* | § | |
| | § | |

## ORDER

Before the Court is Plaintiff Janet Marie Logan's motion for service. Dkt. 11. The United States Marshal unsuccessfully attempted to serve Logan's complaint. Dkt. 10. Logan has now provided the Court with corrected addresses for service. Dkts. 11-1; 11-2. Accordingly, Court **GRANTS** Logan's motion to service, Dkt. 11, and extends the deadline for service in this case by 90 days. The Court **ORDERS** the Clerk of the Court to issue summons and the United States Marshal to commence service of process, including service of Logan's complaint upon the named Defendant under Rules 4 and 5 of the Federal Rules of Civil Procedure.

SIGNED April 14, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1